# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RONALD E. TILLEY,<br>        Petitioner, | )<br>)<br>) |
| v. | )<br>) 1:11-cv-00210-NT |
| MAINE STATE PRISON,<br>        Respondent, | )<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision on 28 U.S.C. § 2254 Petition (Docket No. 17) filed October 5, 2011, the Recommended Decision is **AFFIRMED**.

SO ORDERED.

                                                    /s/ Nancy Torresen
                                                    United States District Judge

Dated this 29th day of November, 2011.