UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RONALD E. TILLEY,<br>    Petitioner,<br><br>v.<br><br>MAINE STATE PRISON,<br>    Respondent, | )<br>)<br>)<br>)<br>) 1:11-cv-00210-NT<br>)<br>)<br>)<br>)<br>) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision on 28 U.S.C. § 2254 Petition (Docket No. 17) filed October 5, 2011, the Recommended Decision is **AFFIRMED**.

SO ORDERED.

                /s/ Nancy Torresen
                United States District Judge

Dated this 29th day of November, 2011.