# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RONALD E. TILLEY,<br>   Petitioner,<br><br>v.<br><br>MAINE STATE PRISON,<br>   Respondent, | )<br>)<br>)<br>)<br>) Civil No. 1:11-cv-00210-NT<br>)<br>)<br>)<br>) |

## AMENDED ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 5, 2011 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on November 2, 2011. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Petitioner's 28 U.S.C. § 2254 Petition (Docket #1) be and hereby is **DENIED** with prejudice.

3. It is further **ORDERED** that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                 /s/ Nancy Torresen
                 United States District Judge

Dated this 30th day of November, 2011.